

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007

May 11, 2026

**Esseks Ingoglia**
350 Fifth Avenue, Ste. 5200
New York, NY 10118

Office: 212-206-2501
gene.ingoglia@esseksingoglia.com

**RE:** *United States v. Bermudez*, **1:13-cr-00070-JMF**

Dear Judge Furman:

We represent the Defendant, Mr. Bermudez, in the above captioned matter. Pursuant to Your Honor's Individual Rule 3(D), we write to respectfully request an adjournment of the status conference that is currently scheduled for May 12, 2026, at 11:15 a.m.

We request an adjournment until Monday, May 18, 2026 or Wednesday, May 20, 2026, or to such a date and time as Your Honor prefers. Counsel for Mr. Bermudez is not available on May 12, 2026 due to medical reasons that have required his hospitalization. This is our first request for an adjournment in this matter. The government consents to this request. We are available to answer any questions Your Honor may have.

Respectfully submitted,

/s/ *Eugene Ingoglia*

**Gene Ingoglia**
Partner

Copy to: AUSA Lauren Phillips, *Lauren.Phillips@usdoj.gov*

Application GRANTED. The conference is hereby ADJOURNED to May 20, 2026, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #316.

SO ORDERED.

May 11, 2026